Center for Disability Access
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson** | **Case No. 3:22-cv-01448-WHA** |
| Plaintiff, | **Request for Entry of Default  (As to Simply Shawwa Inc, a California Corporation only)** |
| v. | |
| **Simply Shawwa Inc**, a California Corporation | |
| Defendants. | |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

Plaintiff SCOTT JOHNSON ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant SIMPLY SHAWWA INC, A CALIFORNIA CORPORATION ("Defendant") on the ground that said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on Defendant on April 29, 2022, as evidenced by the proof of service of summons on file with this Court. To date, Defendant has not appeared. *See* Declaration of Amanda Seabock, filed concurrently.

1 | Dated: July 28, 2022          CENTER FOR DISABILITY ACCESS

                                  By: /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorneys for Plaintiff