CENTER FOR DISABILITY ACCESS
Naomi Butler, Esq, SBN 332664
100 Pine St., Ste 1250
San Francisco, CA 94111
Tel: (858)375-7385;
Fax (888)422-5191
naomib@potterhandy.com

UNITED STATES DISTRICT COURT
Northern District DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br>    Plaintiff, <br><br> v. <br><br> **Simply Shawwa Inc;** and Does 1-10, <br><br>    Defendants. | **Case:** 3:22-cv-01448-WHA <br><br> **Plaintiff's Notice of Voluntary Dismissal of Defendants Without Prejudice** <br><br> Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Scott Johnson, hereby voluntarily dismisses the above captioned action <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: December 9, 2022          CENTER FOR DISABILITY ACCESS

                                 By: */s/Naomi Butler*
                                 Naomi Butler, Esq.
                                 Attorney for Plaintiff